IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

ALEXANDER JAMES WARREN, #148754                              PLAINTIFF

VS.                                            CIVIL ACTION NO. 2:10cv22-KS-MTP

CHRISTOPHER EPPS, et al.                                     DEFENDANTS

**ORDER DIRECTING RESPONSE TO MOTION**

Presently pending before the court is a Motion [22] for Injunctive Relief filed by Plaintiff on August 5, 2010. Defendants have not yet responded to the motion, and the court finds that a response from Defendants is necessary for disposition of the motion. Accordingly,

IT IS ORDERED THAT Defendants shall file a response to Plaintiff's Motion [22] for Injunctive Relief by September 13, 2010.[1]

SO ORDERED this the 2nd day of September, 2010.

s/ Michael T. Parker
United States Magistrate Judge

---

[1] By separate order, the court shall set this matter for omnibus hearing and a hearing on the Motion.